## **STATEMENT OF FACTS**

On Sunday, February 21, 2021, at approximately 5:30 p.m., members of the Metropolitan Police Department (MPD) Gun Recovery Unit (GRU) were on patrol when they observed a dark tinted, silver Infiniti sedan with Missouri dealer registration tags (D40-HW) idling in front of 37 Forrester Street Southwest in Washington, D.C. Officers pulled alongside the vehicle and could see that there were two individuals in the front seats. Officers also noticed that the front windshield of the vehicle was tinted. Officers conducted a traffic stop on the vehicle.

Officer Choi spoke with the driver, advising him of the reason of the stop and asking him to exit the vehicle due to the heavily tinted windows. The driver complied. As a result of the traffic stop a notice of infraction (NOI: 7913460240) was issued to the driver of the vehicle concerning the front windshield tint. Simultaneously, other members made contact with the front seat passenger, later identified as Chauncey Jones (Defendant Jones), and the rear passenger.

Officer Jacobs could see Defendant Jones actively pressing his left arm toward the front portion of his waistband while speaking with officers. Officers asked Defendant Jones to step out of the vehicle several times, however he refused to comply. Officers attempted to assist Defendant Jones out of the vehicle, but Defendant Jones resisted by pressing his feet into the front floorboard of the vehicle to brace himself. Defendant Jones continued to flex his arm and press it against his waistband while resisting. Officers were finally able to assist Defendant Jones from the vehicle, but he immediately dropped to his knees and bent forward at the waist, attempting to conceal his waistband. Officers conducted a pat down of Defendant Jones's waistband area and felt a firearm. Defendant Jones was detained and the firearm was recovered. Defendant Jones was placed under arrest.

The recovered firearm was determined to be a blue and black in color SCCY, model CPX-2, 9 millimeter handgun with a serial number that was obliterated. When it was recovered, it had no round in the chamber and ten (10) rounds in an unknown capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

A criminal history check of Defendant Jones through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction in the United States District Court for Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a term exceeding One Year, case number 2019-CR-121. The defendant was sentenced to twenty four (24) months incarceration in this case and is still on supervision. The defendant has an additional conviction in Prince George's County Maryland for Burglary First Degree, case number CT130034B.  The defendant was sentenced to twenty (20) years of incarceration, nineteen (19) years and three (3) months of which were suspended, for this conviction.  Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year of imprisonment.

_____
OFFICER EDDIE CHOI
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 22nd day of February 2021.*

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE